CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Isabel Rose Masanque, Esq., SBN 292673
Sara Gunderson, Esq., SBN 302582
Chris Carson, Esq., SBN 280048
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
SaraG@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Westco Investment LLC,** a California Limited Liability Company; <br> **Farsi Import, LLC,** a California Limited Liability Company; and Does 1-10; <br><br> Defendants. | **Case:** 2:19-cv-02439-SVW-SK <br><br> **Notice of Withdrawal of the Notice of Motion and Motion, and Declaration of Gunderson filed on August 23, 2019** <br><br> Date: September 21, 2019 <br> Time: 1:30 p.m. <br> Ctrm: 10A (10th Floor) <br><br> Hon. Judge Stephen V. Wilson |

　　　Plaintiff Chris Langer hereby notifies the Court that he is requesting withdrawal of the Notice of Motion filed on August 23 and the Declaration of Gunderson filed on August 23. Both documents omitted information about

attempting to abide by C.D. L.R. 7-3. A revised notice of motion, and a revised Declaration of Gunderson have already be filed with the court.

      Plaintiff and his counsel regretfully apologize for the errors in the filing of plaintiff's motion for summary judgment, and will ensure such mistakes do not recur in the future.

Dated:  August 24, 2019        CENTER FOR DISABILITY ACCESS

                                By: /s/ *Sara N. Gunderson*
                                Sara Gunderson
                                Attorneys for Plaintiff