# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:19-cv-02439-SVW-SK |
| Title: | Chris Langer v. Westco Investment LLC et al |
| Date | October 22, 2019 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

| Paul M. Cruz | Anne Kielwasser |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Raymond George Ballister, Jr. | Morton Minikes |

__1st__ Day Court Trial   _____ Day Jury Trial

- **X** One day trial:   **X** Begun (1st day);   ___ Held & Continued;   **X** Completed by jury verdict/submitted to court.
- ___ The Jury is impaneled and sworn.
- ___ Opening statements made by _____
- ___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
- ___ Plaintiff(s) rest.   ___ Defendant(s) rest.
- ___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
- ___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
- ___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
- ___ Jury polled.   ___ Polling waived.
- ___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
- ✓ Judgment by Court for **both causes of action**   ✓ plaintiff(s)   ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
- ___ Case submitted.   ___ Briefs to be filed by _____
- ___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
- ___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
- ___ Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.
- ___ Settlement reached and placed on the record.
- ___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- ___ Case continued to _____ for further trial/further jury deliberation.
- ✓ Other: The Court orders plaintiff to submit a proposed judgment.

:  08

Initials of Deputy Clerk   PMC

cc: