FILED
CLERK, U.S. DISTRICT COURT

OCT 2 9 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Westco Investment LLC**, a California Limited Liability Company; **Farsi Import, LLC** <br><br> Defendants. | **Case No.:** 2:19-cv-02439-SVW-SK <br><br> **JUDGMENT** <br> (after bench trial) |

Following the bench trial on October 22, 2019 and in accordance with this court's decision on October 22, 2019, the Court grants **JUDGMENT** in favor of plaintiff Chris Langer and against defendants Westco Investments LLC and Farsi Import, LLC, and each of them in the amount of $4,000 plus reasonable attorney's fees yet to be determined by the Court.

Additionally, the court orders defendants Westco Investments LLC and Farsi Import, LLC, and each of them to install a van accessible parking space and access aisle in the parking lot serving the Farsi Cafe at 1916 Westwood Blvd., Los Angeles, California. That van accessible parking stall and access aisle must have the following features in compliance with the 2010 ADA Accessibility Standards found at 36 C.F.R., Part 1191, Appendices B & D:

- The parking stall shall be 96 inches in width;
- The parking stall shall be designated as reserved by a pole or wall mounted sign showing the international symbol of accessibility and have an additional sign saying "van accessible" mounted below the symbol of accessibility;
- The international symbol of accessibility shall be painted on the surface of the parking stall as well with dimensions of 36 inches by 36 inches;
- There shall be an adjacent access aisle that is 96 inches in width and runs the entire length of the parking stall;
- The access aisle shall be painted with the words "no parking" on its surface;
- The parking stall and access aisle shall be level with slopes not to exceed 2% in any direction;
- A "tow away" sign at the vehicular entry from Westwood Blvd. or at the accessible parking space.

Date: 10/29/19

By: /s/ Stephen V. Wilson
Hon. Stephen V. Wilson
United States District Judge