UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Westco Investment LLC**, a California Limited Liability Company; **Farsi Import, LLC**, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | **Case No:** 2:19-CV-02439-SVW-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES**<br><br>Hon. Judge Stephen V. Wilson |

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Attorneys' Fees is granted and:

　　1.　Plaintiff shall be awarded attorneys' fees in the amount of $28,380.00.

　　3.　Plaintiff shall be awarded litigation costs in the amount of $11,403.15.

IT IS SO ORDERED.

Dated: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE